B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of Utah

In re   **Zane Steven Vincent,**
       **Heather Y Vincent**

Case No.   **10-26730**

Debtors

Chapter   **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,130.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 3,442.40 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 31 | | 105,358.35 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,172.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,172.00 |
| Total Number of Sheets of ALL Schedules | | 45 | | | |
| Total Assets | | | 1,130.00 | | |
| Total Liabilities | | | | 110,800.75 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Utah

In re   **Zane Steven Vincent,**
     **Heather Y Vincent**

                               Debtors

Case No.    **10-26730**

Chapter        **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 3,442.40 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 12,097.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 15,539.40 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,172.00 |
| Average Expenses (from Schedule J, Line 18) | 2,172.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,771.60 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 1,925.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 3,442.40 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 105,358.35 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 107,283.35 |

B6A (Official Form 6A) (12/07)

In re    **Zane Steven Vincent,**                             Case No.    **10-26730**
              **Heather Y Vincent**

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

| | | | |
| --- | --- | --- | --- |
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

  **0**   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                            Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Zane Steven Vincent,**               Case No.    __10-26730__
       **Heather Y Vincent**

                      Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking: Gunnison Valley Bank (Overdrawn)** | J | 0.00 |
| | | **Savings: Utah Independent Bank** | J | 0.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **Sofa $30, rocking chair $15, lamp $5, DVD player $5, stereo $5** <br> **3 Beds $150, 3 dressers $75, lamp $5, alarm clock $5** <br> **Dining table $50, 4 chairs $20** <br> **Microwave $15, small appliances $15, washer & dryer $100, iron & board $5, desktop $15, printer $25** <br> **Location: In Debtor's possession** | J | 540.00 |
| | | **Sofa** <br> **Location: Not In Debtor's possession** | J | 75.00 |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | | **Clothing** <br> **Location: In Debtor's possession** | J | 200.00 |
| 7.   Furs and jewelry. | | **Wedding bands and costume jewelry** <br> **Location: In Debtor's possession** | J | 150.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | **Keyboard $50, bicycle $15, camping equipment $40, fishing equipment $30** <br> **Location: In Debtor's possession** | J | 135.00 |

                            Sub-Total >       **1,100.00**
                            (Total of this page)

__3__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Zane Steven Vincent,**                                   Case No.    **10-26730**
      **Heather Y Vincent**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >                    0.00
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Zane Steven Vincent,**                Case No.    **10-26730**
       **Heather Y Vincent**

Debtors ,

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Dog $25, 4 chickens $5 Location: In Debtor's possession** | J | 30.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >     30.00
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                  Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Zane Steven Vincent,**                                    Case No.   **10-26730**
        **Heather Y Vincent**

                                          Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **1,130.00** |

Sheet   **3**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re   **Zane Steven Vincent,**                              Case No.   **10-26730**
        **Heather Y Vincent**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                    $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                  *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **Sofa $30, rocking chair $15, lamp $5, DVD player $5, stereo $5** | **Utah Code Ann. § 78B-5-506(1)(a)** | **60.00** | **540.00** |
| **3 Beds $150, 3 dressers $75, lamp $5, alarm clock $5** | **Utah Code Ann. § 78B-5-505(1)(a)(viii)(E)** | **235.00** | |
| **Dining table $50, 4 chairs $20** | **Utah Code Ann. § 78B-5-506(1)(b)** | **70.00** | |
| **Microwave $15, small appliances $15, washer & dryer $100, iron & board $5, desktop $15, printer $25** | **Utah Code Ann. § 78B-5-505(1)(a)(viii)(A)** | **175.00** | |
| **Location: In Debtor's possession** | | | |
| | | | |
| **Wearing Apparel** | | | |
| **Clothing** | **Utah Code Ann. § 78B-5-505(1)(a)(viii)(D)** | **200.00** | **200.00** |
| **Location: In Debtor's possession** | | | |
| | | | |
| **Furs and Jewelry** | | | |
| **Wedding bands and costume jewelry** | **Utah Code Ann. § 78B-5-506(1)(d)** | **150.00** | **150.00** |
| **Location: In Debtor's possession** | | | |
| | | | |
| **Animals** | | | |
| **Dog $25, 4 chickens $5** | **Utah Code Ann. § 78B-5-506(1)(c)** | **30.00** | **30.00** |
| **Location: In Debtor's possession** | | | |

                                                         Total:     **920.00**     **920.00**

   **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Zane Steven Vincent,**                Case No.     __**10-26730**__

           **Heather Y Vincent**

                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 04/2003 | | | | | |
| **Creditor #: 1**<br>**RC Willey +**<br>**Attn: Bankruptcy Department**<br>**PO Box 65320**<br>**Salt Lake City, UT 84165-0320** | | J | **Purchase Money Security**<br><br>**Sofa**<br>**Location: Not In Debtor's possession** | | | | | |
| | | | Value $          **75.00** | | | | **2,000.00** | **1,925.00** |
| Account No. | | | | | | | | |
| **Express Recovery Services ***<br>**P.O. Box 26415**<br>**Salt Lake City, UT 84126-0415** | | | **Representing:**<br>**RC Willey +** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **Knight Adjustment Bureau**<br>**404 East 4500 South**<br>**Suite A-34**<br>**Salt Lake City, UT 84107-2710** | | | **Representing:**<br>**RC Willey +** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

__0__   continuation sheets attached

| | Subtotal<br>(Total of this page) | **2,000.00** | **1,925.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **2,000.00** | **1,925.00** |

B6E (Official Form 6E) (4/10)

.

In re   **Zane Steven Vincent,**                                     Case No. ___**10-26730**___
     **Heather Y Vincent**

_____
                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

          **1**     continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Zane Steven Vincent,**
         **Heather Y Vincent,**

Case No.    **10-26730**

                                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | **Federal Taxes** | | | | | | |
| **Creditor #: 1** **Internal Revenue Service \*** **Insolvency Mail Stop 5021** **50 South 200 East** **Salt Lake City, UT 84111** | J | | | | | | | **1,553.40** | **0.00** **1,553.40** | |
| Account No. | | | | | | | | | | |
| **Attorney General for United States** **Michael B. Mukasey** **950 Pennsylvania Ave, NW** **Room 4400** **Washington, DC 20530-0001** | | | | **Representing:** **Internal Revenue Service \*** | | | | **Notice Only** | | |
| Account No. | | | | **Notice Only** | | | | | | |
| **Creditor #: 2** **US Attorney, District of Utah \*** **Brett L. Tolman** **185 South State St. #400** **Salt Lake City, UT 84111-1506** | J | | | | | | | **0.00** | **0.00** **0.00** | |
| Account No. | | | | **State Taxes** | | | | | | |
| **Creditor #: 3** **Utah State Tax Commission \*** **Attn: Bankruptcy Unit** **210 North 1950 West** **Salt Lake City, UT 84134** | J | | | | | | | **1,889.00** | **0.00** **1,889.00** | |
| Account No. | | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)

| | **0.00** | |
|---|---|---|
| **3,442.40** | **3,442.40** | |

Total (Report on Summary of Schedules)

| | **0.00** | |
|---|---|---|
| **3,442.40** | **3,442.40** | |

B6F (Official Form 6F) (12/07)

In re  **Zane Steven Vincent,**
       **Heather Y Vincent**

Case No. _____**10-26730**_____

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. Creditor #: 1 **Allied Interstate Collections PO Box 361475 Columbus, OH 43236-1475** | | | | J | **Notice Only** | | | | 0.00 |
| Account No. xxxx2900,xxxx2916 Creditor #: 2 **ARC 4646 West Lake Park Blvd. P.O. Box 30191 Salt Lake City, UT 84130** | | | | J | **Medical** | | | | 2,053.87 |
| Account No. xxxxx2640 Creditor #: 3 **Avon 4198 W. 5700 S. Salt Lake City, UT 84118** | | | | J | **2007 Goods and Services** | | | | 108.45 |
| Account No. **LTD Financial Services PO Box 630769 Houston, TX 77263** | | | | | **Representing: Avon** | | | | **Notice Only** |

|  |  |
|---|---|
| __30__  continuation sheets attached | Subtotal (Total of this page)  **2,162.32** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

S/N:29546-100329   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zane Steven Vincent,**
       **Heather Y Vincent**

Case No.    **10-26730**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Creditor #: 4** <br> **B Line/Sherman Acquisition/Providian** <br> **Mail Stop 550** <br> **2101 4th Ave., Ste. 1030** <br> **Seattle, WA 98121** | | J | **Collections** | | | | **1,398.96** |
| Account No. **0004** <br> **Creditor #: 5** <br> **Barry Sorenson DDS** <br> **50 E 200 N** <br> **Salina, UT 84654-1220** | | J | **07/2005** <br> **Dental** | | | | **405.00** |
| Account No. <br> **Creditor #: 6** <br> **Brook J. Sessions** <br> **Harris & Carter** <br> **3325 N University Ave., Ste. 200** <br> **Provo, UT 84604-4467** | | J | **Notice Only** | | | | **0.00** |
| Account No. <br> **Creditor #: 7** <br> **Canyonland Pediatrics** <br> **1490 E. Foremaster Dr., #130** <br> **Saint George, UT 84790** | | J | **06/2009** <br> **Medical** | | | | **0.00** |
| Account No. <br><br> **Collection Center of Wyoming** <br> **406 6th St.** <br> **PO Box 1470** <br> **Rawlins, WY 82301** | | | **Representing:** <br> **Canyonland Pediatrics** | | | | **Notice Only** |

Sheet no. __1__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,803.96**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zane Steven Vincent,**
**Heather Y Vincent**

Case No.    **10-26730**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxxx5995 | | | | 07/2003 | | | | |
| Creditor #: 8 | | | | Goods and Services | | | | |
| Capital One | | | | | | | | |
| PO Box 70884 | | J | | | | | | |
| Charlotte, NC 28272 | | | | | | | | |
| | | | | | | | | 607.00 |
| Account No. | | | | | | | | |
| RAB | | | | Representing: | | | | |
| PO Box 1022 | | | | Capital One | | | | |
| Wixom, MI 48393 | | | | | | | | Notice Only |
| Account No. | | | | Goods and Services | | | | |
| Creditor #: 9 | | | | | | | | |
| CentraCom Interactive | | J | | | | | | |
| P.O. Box 7 | | | | | | | | |
| Fairview, UT 84629 | | | | | | | | |
| | | | | | | | | 137.00 |
| Account No. | | | | | | | | |
| NAR, Inc | | | | Representing: | | | | |
| 5225 W. Willey Post Way | | | | CentraCom Interactive | | | | |
| Suite 410 | | | | | | | | |
| Salt Lake City, UT 84116 | | | | | | | | Notice Only |
| Account No. | | | | | | | | |
| North American Recovery | | | | Representing: | | | | |
| 10 West Broadway | | | | CentraCom Interactive | | | | |
| Suite 610 | | | | | | | | |
| Salt Lake City, UT 84101 | | | | | | | | Notice Only |

Sheet no. __2__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

744.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Zane Steven Vincent,**
**Heather Y Vincent**

Case No. ___**10-26730**___

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx7163,xx3922**<br><br>**Creditor #: 10**<br>**Central Utah Clinic**<br>**PO Box 30079**<br>**Salt Lake City, UT 84103-0079** | | J | | **2007**<br>**Medical** | | | | **49.72** |
| Account No.<br><br>**Creditor #: 11**<br>**Central Utah Medical**<br>**PO Box 30079**<br>**Salt Lake City, UT 84130-0079** | | J | | **Medical** | | | | **403.00** |
| Account No.<br><br>**Mountainland Collections**<br>**P.O. Box 1280**<br>**American Fork, UT 84003** | | | | **Representing:**<br>**Central Utah Medical** | | | | **Notice Only** |
| Account No. **1575**<br><br>**Creditor #: 12**<br>**Central Utah Radiology**<br>**PO Box 908**<br>**Bountiful, UT 84011** | | J | | **Medical** | | | | **32.00** |
| Account No.<br><br>**Express Recovery Services ***<br>**P.O. Box 26415**<br>**Salt Lake City, UT 84126-0415** | | | | **Representing:**<br>**Central Utah Radiology** | | | | **Notice Only** |

Sheet no. __**3**___ of __**30**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**484.72**

B6F (Official Form 6F) (12/07) - Cont.

In re **Zane Steven Vincent,**
**Heather Y Vincent**

Case No. **10-26730**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Robbinson, Seiler & Anderson** <br> **PO Box 1266** <br> **Provo, UT 84603** | | | Representing: <br> **Central Utah Radiology** | | | | **Notice Only** |
| Account No. **xx4432** <br> **Creditor #: 13** <br> **Central Valley Medical Center** <br> **PO Box 412** <br> **Nephi, UT 84648** | | J | **2009** <br> **Medical** | | | | **362.14** |
| Account No. <br><br> **Express Recovery Services *** <br> **P.O. Box 26415** <br> **Salt Lake City, UT 84126-0415** | | | Representing: <br> **Central Valley Medical Center** | | | | **Notice Only** |
| Account No. **xxxxxxx2350....** <br> **Creditor #: 14** <br> **Chase Bank** <br> **800 Brooksedge Blvd.** <br> **Westerville, OH 43081** | | J | **Notice Only** | | | | **0.00** |
| Account No. **x3234** <br> **Creditor #: 15** <br> **Christiansen Furniture** <br> **41 South Main** <br> **Pomerene, AZ 85627** | | J | **2007** <br> **Goods and Services** | | | | **1,129.07** |

Sheet no. __4__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,491.21**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Zane Steven Vincent,**
     **Heather Y Vincent**

Case No. **10-26730**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxxxx8500 | | | | | **2008** **Goods and Services** | | | | |
| **Creditor #: 16** **Columbia House** **PO Box 91603** **Indianapolis, IN 46291** | | | J | | | | | | |
| | | | | | | | | | 12.89 |
| Account No. | | | | | **Notice Only** | | | | |
| **Creditor #: 17** **Concord Circle** **Morgan Hill, CA 95037-5417** | | | J | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. xx1939, xx3144, xx0035 | | | | | **2009** **Medical** | | | | |
| **Creditor #: 18** **Consulmed** **PO Box 163** **Gunnison, UT 84634** | | | J | | | | | | |
| | | | | | | | | | 205.00 |
| Account No. xxx5471 | | | | | **2009** **Medical** | | | | |
| **Creditor #: 19** **Consulmed** **Central Utah Radiology** **PO Box 908** **Bountiful, UT 84011** | | | J | | | | | | |
| | | | | | | | | | 340.00 |
| Account No. xx1335 | | | | | **2009** **Medical** | | | | |
| **Creditor #: 20** **ConsulMed** **PO Box 517** **Aurora, UT 84620** | | | J | | | | | | |
| | | | | | | | | | 89.00 |

Sheet no. __5__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

646.89

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zane Steven Vincent,**
        **Heather Y Vincent**
_____ ,
                    Debtors

Case No.    **10-26730**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 21<br>**Creditor #: 21**<br>**Curascript Pharmacy**<br>**6272 Lee Vista**<br>**Orlando, FL 32822** | | J | 09/2004<br>Medical | | | | 600.00 |
| Account No.<br>**Creditor #: 22**<br>**Dana Orthodontics**<br>**324 E State St.**<br>**Pleasant Grove, UT 84062** | | J | 03/2005<br>Dental | | | | 2,000.00 |
| Account No. 0877<br>**Creditor #: 23**<br>**Direct TV**<br>**PO Box 78626**<br>**Phoenix, AZ 85062** | | J | 05/2003<br>Cable TV | | | | 172.00 |
| Account No. xxxxxxxxxxxx8814<br>**Creditor #: 24**<br>**Dish Network**<br>**1875 N 1120 W**<br>**Provo, UT 84604** | | J | 2006<br>Cable TV | | | | 770.00 |
| Account No.<br>**Creditor #: 25**<br>**Dixie Medical Center**<br>**4646 W. Lake Park Blvd.**<br>**Salt Lake City, UT 84120** | | J | Medical | | | | 384.00 |

Sheet no. **6** of **30** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,926.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Zane Steven Vincent,**
   **Heather Y Vincent**
_____,
Debtors

Case No.  **10-26730**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **IHC Health Services Inc** **3930 West Parkway Blvd.** **Salt Lake City, UT 84130** | | | | **Representing:** **Dixie Medical Center** | | | | **Notice Only** |
| Account No. **xxx-xxxx6803** | | | | 08/2007 Medical | | | | |
| **Creditor #: 26** **Dixie Regional Med Center** **1380 E Medical Center Drive** **Saint George, UT 84790** | | J | | | | | | 1,219.34 |
| Account No. **xxx-xxxx0022** | | | | 05/2008 Medical | | | | |
| **Creditor #: 27** **Dixie Regional Med Center** **1380 E Medical Center Drive** **Saint George, UT 84790** | | J | | | | | | 4,403.20 |
| Account No. **xxx-xxxx7887** | | | | 05/2008 Medical | | | | |
| **Creditor #: 28** **Dixie Regional Med Center** **1380 E Medical Center Drive** **Saint George, UT 84790** | | J | | | | | | 113.82 |
| Account No. **xxx-xxxx7184** | | | | 05/2008 Medical | | | | |
| **Creditor #: 29** **Dixie Regional Med Center** **1380 E Medical Center Drive** **Saint George, UT 84790** | | J | | | | | | 260.10 |

Sheet no. **7** of **30** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,996.46**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zane Steven Vincent,**
     **Heather Y Vincent**

Case No.  **10-26730**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxx6785**<br><br>**Creditor #: 30**<br>**Dixie Regional Med Center**<br>**1380 E Medical Center Drive**<br>**Saint George, UT 84790** | | J | 11/2007<br>Medical | | | | 145.63 |
| Account No. **1673, 6272, 4451, 8856, 5455**<br><br>**Creditor #: 31**<br>**Dixie Regional Med Center**<br>**1380 E Medical Center Drive**<br>**Saint George, UT 84790** | | J | Medical | | | | 2,817.00 |
| Account No.<br><br>**Revenue Cycle Solutions, Inc.**<br>**P.O. Box 7229**<br>**Westchester, IL 60154-7229** | | | Representing:<br>**Dixie Regional Med Center** | | | | **Notice Only** |
| Account No. **.012**<br><br>**Creditor #: 32**<br>**Dr. Dennis Blume**<br>**551 S 200 E**<br>**Springville, UT 84663** | | J | 06/2003<br>Medical | | | | 145.00 |
| Account No.<br><br>**Creditor #: 33**<br>**Dr. Robert Pearson**<br>**1870 North Main Ste. 104**<br>**Cedar City, UT 84720** | | J | 07/2005<br>Medical | | | | 66.00 |

Sheet no. **8** of **30** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,173.63**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zane Steven Vincent,**
        **Heather Y Vincent**
                                                                              Case No. ___**10-26730**___
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **6899** | | | | | Medical | | | | |
| **Creditor #: 34**<br>**Dwight H. Inouye, M.D.**<br>**PO Box 849**<br>**Gunnison, UT 84634** | | | | J | | | | | |
| | | | | | | | | | 110.00 |
| Account No. | | | | | Collections | | | | |
| **Creditor #: 35**<br>**eCast Settlement Corp**<br>**HSBC Bank Nevada**<br>**PO Box 35480**<br>**Newark, NJ 07193-5480** | | | | J | | | | | |
| | | | | | | | | | 954.17 |
| Account No. | | | | | Collections | | | | |
| **Creditor #: 36**<br>**eCast Settlement Corp**<br>**PO Box 35480**<br>**Newark, NJ 07193-5480** | | | | J | | | | | |
| | | | | | | | | | 500.22 |
| Account No. **6338** | | | | | 2003<br>Collections | | | | |
| **Creditor #: 37**<br>**EPN**<br>**Law offices of Ron J Noyes**<br>**746 E 1910 S Ste 5**<br>**Provo, UT 84606** | | | | J | | | | | |
| | | | | | | | | | 138.00 |
| Account No. | | | | | Insurance | | | | |
| **Creditor #: 38**<br>**Farmer's Insurance Group**<br>**PO Box 149227**<br>**Austin, TX 78714-9227** | | | | J | | | | | |
| | | | | | | | | | 79.02 |

Sheet no. __**9**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| 1,781.41 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zane Steven Vincent,**
       **Heather Y Vincent**
                                       ,
                             Debtors

Case No.   **10-26730**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Credit Collection Service<br>Two Wells Ave.<br>Newton Center, MA 02459** | | | **Representing:<br>Farmer's Insurance Group** | | | | **Notice Only** |
| Account No. **9486**<br>**Creditor #: 39<br>Farwest Bank<br>2 North Main<br>Ephraim, UT 84627** | | J | **07/2004<br>Goods and Services** | | | | **454.00** |
| Account No.<br>**Creditor #: 40<br>Federal Recovery Services<br>PO Box 17474<br>Holladay, UT 84117** | | J | **Notice Only** | | | | **0.00** |
| Account No.<br>**Creditor #: 41<br>First Access Lending<br>PO Box 146<br>Monroe, UT 84754** | | J | **2007<br>Goods and Services** | | | | **1,055.66** |
| Account No.<br>**Creditor #: 42<br>Gentry Finance<br>386 South State Street<br>Orem, UT 84057** | | J | **08/2005<br>Goods and Services** | | | | **400.00** |

Sheet no. **10** of **30** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,909.66**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zane Steven Vincent,**
      **Heather Y Vincent**

Case No. _____**10-26730**_____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4476**<br><br>Creditor #: 43<br>**Golds Gym Paramount Acceptance**<br>**PO Box 17317**<br>**Salt Lake City, UT 84117** | | J | 05/2003<br>Fees | | | | 800.00 |
| Account No.<br><br>**AFS**<br>**PO Box 6119**<br>**Columbia, MD 21045** | | | Representing:<br>**Golds Gym Paramount Acceptance** | | | | Notice Only |
| Account No.<br><br>**Federal Recovery Services**<br>**PO Box 17474**<br>**Holladay, UT 84117** | | | Representing:<br>**Golds Gym Paramount Acceptance** | | | | Notice Only |
| Account No.<br><br>**United Recovery Group**<br>**PO Box 369**<br>**Draper, UT 84020-0369** | | | Representing:<br>**Golds Gym Paramount Acceptance** | | | | Notice Only |
| Account No. **xx0035,xx0910,xx1939,xx3144**<br>Creditor #: 44<br>**Gunnison Family Practice**<br>**PO Box 163**<br>**Gunnison, UT 84634** | | J | 2009<br>Medical | | | | 1,885.00 |

Sheet no. __**11**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,685.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zane Steven Vincent,**
      **Heather Y Vincent**

Case No.   **10-26730**

                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx2046** <br><br>**Creditor #: 45** <br>**Gunnison Telephone Company** <br>**PO Box 850** <br>**Gunnison, UT 84634** | | J | **Utility Bill** | | | | **79.11** |
| Account No. <br><br>**Creditor #: 46** <br>**Gunnison Valley Bank** <br>**10 South Main** <br>**Gunnison, UT 84634-9999** | | H | **Signature Loan** | | | | **510.00** |
| Account No. **0143** <br><br>**Creditor #: 47** <br>**Gunnison Valley Hospital** <br>**64 East 100 North** <br>**Gunnison, UT 84634** | | J | **07/2004** <br>**Medical** | | | | **582.00** |
| Account No. <br><br>**Accounts Receivable Systems** <br>**PO Box 166** <br>**Ogden, UT 84403** | | | **Representing:** <br>**Gunnison Valley Hospital** | | | | **Notice Only** |
| Account No. <br><br>**Bonneville Billing & Collections *** <br>**P.O. Box 150621** <br>**Ogden, UT 84415** | | | **Representing:** <br>**Gunnison Valley Hospital** | | | | **Notice Only** |

Sheet no. _**12**_ of _**30**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,171.11**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zane Steven Vincent,**
     **Heather Y Vincent**
                                             ,
                                   Debtors

Case No.    **10-26730**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5418, 0228, 8373, 1961, 0290**<br><br>**Creditor #: 48**<br>**Gunnison Valley Hospital**<br>**PO Box 759**<br>**Gunnison, UT 84634** | | J | Medical | | | | 1,756.00 |
| Account No. **xxxx xxxx xxxx xxxx 4838**<br><br>**Creditor #: 49**<br>**Gunnison Valley Hospital**<br>**PO Box 759**<br>**Gunnison, UT 84634** | | J | Medical | | | | 910.00 |
| Account No. **xxxx xxxx xxxx xxxx 4290**<br><br>**Creditor #: 50**<br>**Gunnison Valley Hospital**<br>**PO Box 759**<br>**Gunnison, UT 84634** | | J | Medical | | | | 1,542.00 |
| Account No. **xxxx xxxx xxxx xxxx 5608**<br><br>**Creditor #: 51**<br>**Gunnison Valley Hospital**<br>**PO Box 759**<br>**Gunnison, UT 84634** | | J | Medical | | | | 1,020.00 |
| Account No. **xxxx xxxx xxxx xxxx 3242**<br><br>**Creditor #: 52**<br>**Gunnison Valley Hospital**<br>**PO Box 759**<br>**Gunnison, UT 84634** | | J | Medical Additional Acc #8183 8608 8653 8863 8969 7080 7964 7996 8008 9611 | | | | 8,593.00 |

Sheet no. **13** of **30** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                          Subtotal
              (Total of this page)       **13,821.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zane Steven Vincent,**
       **Heather Y Vincent**                                           Case No.  **10-26730**

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **Accounts Receivable** PO Box 166 Ogden, UT 84403 | | | | Representing: **Gunnison Valley Hospital** | | | | **Notice Only** |
| Account No. **Bonneville Billing & Collections *** P.O. Box 150621 Ogden, UT 84415 | | | | Representing: **Gunnison Valley Hospital** | | | | **Notice Only** |
| Account No. **Outsource Receivables** P.O. Box 166 Ogden, UT 84402-0166 | | | | Representing: **Gunnison Valley Hospital** | | | | **Notice Only** |
| Account No. **0695** **Creditor #: 53** **Household Credit Services** P.O. Box 60102 City Of Industry, CA 91716-0102 | | J | | 11/2002 **Notice Only** | | | | 0.00 |
| Account No. **xxxxxxx3814....** **Creditor #: 54** **HSBC Bank** PO Box 81622 Salinas, CA 93912 | | J | | 03/2006 **Goods and Services** | | | | **534.00** |

Sheet no. __14__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **534.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zane Steven Vincent,**
        **Heather Y Vincent**
_____,
                                                            Case No.   **10-26730**
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **HSBC** PO Box 80053 Salinas, CA 93912-0053 | | | Representing: HSBC Bank | | | | **Notice Only** |
| Account No. **Professional Recovery Services** PO Box 1880 Voorhees, NJ 08043 | | | Representing: HSBC Bank | | | | **Notice Only** |
| Account No. **xxx-xxxxx4737,xxx-xxx9545** Creditor #: 55 Intermountain Medical Group 5252 Intermountain Dr. Salt Lake City, UT 84107 | | J | 06/2008 Medical | | | | **278.34** |
| Account No. **xxxxxx0008** Creditor #: 56 Intermountain Pain Specialists 800 N 730 W, Ste. 34A Orem, UT 84057 | | J | 2009 Medical | | | | **25.00** |
| Account No. **xx3144** Creditor #: 57 Jackson Family Clinic PO Box 669 35 E. Center Gunnison, UT 84634 | | J | 01/2007 Medical | | | | **230.00** |

Sheet no. __15__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**533.34**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zane Steven Vincent,**
         **Heather Y Vincent**                                                    Case No.    **10-26730**

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Outsource Receivables PO Box 166 Ogden, UT 84402-0166** | | | | | Representing: **Jackson Family Clinic** | | | | **Notice Only** |
| Account No. **0695** **Creditor #: 58 Jan Christensen, M.D. PO Box 819 Gunnison, UT 84634** | | | J | | 11/2002 Medical | | | | **325.00** |
| Account No. **Creditor #: 59 Kelly M. Frandsen, D.D.S. PO Box 386 75 N. 100 E. Gunnison, UT 84634** | | | J | | 2009 Medical | | | | **779.91** |
| Account No. **Checknet P.O. Box 150 Provo, UT 84603** | | | | | Representing: **Kelly M. Frandsen, D.D.S.** | | | | **Notice Only** |
| Account No. **Creditor #: 60 Kendall's Catering 282 W 600 N American Fork, UT 84003** | | | J | | 07/2005 Goods and Services | | | | **3,052.00** |

Sheet no. __16__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,156.91**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zane Steven Vincent,**
    **Heather Y Vincent**

Case No.  **10-26730**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8985** <br><br> **Creditor #: 61** <br> **Labcorp of America** <br> **PO Box 2240** <br> **Burlington, NC 27216-2240** | | J | **06/2004** <br> **Goods and Services** | | | | 32.00 |
| Account No. <br><br> **Creditor #: 62** <br> **LCA Collections** <br> **PO Box 15519** <br> **Savannah, GA 31405** | | J | **2004** <br> **Collections** | | | | 7.20 |
| Account No. **xxx-5833** <br><br> **Creditor #: 63** <br> **Lincare** <br> **PO Box 3907** <br> **Spokane, WA 99220** | | J | **2009** <br> **Medical** | | | | 157.81 |
| Account No. <br><br> **Creditor #: 64** <br> **Manti Family Practice** <br> **IHC Physicians** <br> **PO Box 79052** <br> **Phoenix, AZ 85062-9052** | | J | **2006** <br> **Medical** | | | | 277.55 |
| Account No. <br><br> **Creditor #: 65** <br> **Motherhood Maternity** <br> **6191 S State** <br> **Salt Lake City, UT 84107** | | J | **Goods and Services** | | | | 0.00 |

Sheet no. **17** of **30** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

474.56

B6F (Official Form 6F) (12/07) - Cont.

In re **Zane Steven Vincent,**
      **Heather Y Vincent**

Case No. ___**10-26730**___

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Trident Asset Management** <br>**PO Box 888424** <br>**Atlanta, GA 30356** | | | | **Representing:** <br>**Motherhood Maternity** | | | | **Notice Only** |
| Account No. **xxxxxxxxx6266....** <br>**Creditor #: 66** <br>**Mountain America Credit Union** <br>**P.O. Box 9001** <br>**West Jordan, UT 84084-9001** | | J | | **07/2004** <br>**Goods and Services** | | | | **830.00** |
| Account No. <br><br>**Bennet, Deloney & Noyes, PC** <br>**1265 East Fort Union Blvd.** <br>**Suite 150** <br>**Midvale, UT 84047** | | | | **Representing:** <br>**Mountain America Credit Union** | | | | **Notice Only** |
| Account No. <br><br>**NAR, Inc** <br>**5225 W. Willey Post Way** <br>**Suite 410** <br>**Salt Lake City, UT 84116** | | | | **Representing:** <br>**Mountain America Credit Union** | | | | **Notice Only** |
| Account No. <br><br>**Rickenbacker Collections** <br>**7568 Monterey Street** <br>**Gilroy, CA 95020-5826** | | | | **Representing:** <br>**Mountain America Credit Union** | | | | **Notice Only** |

Sheet no. __**18**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**830.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zane Steven Vincent,**
       **Heather Y Vincent**                                   Case No.   **10-26730**

                                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2663** <br> **Creditor #: 67** <br> **Mountain America Credit Union** <br> **P.O. Box 45001** <br> **Salt Lake City, UT 84145** | | J | **06/2004** <br> **Goods and Services** | | | | **357.00** |
| Account No. <br> **Creditor #: 68** <br> **Mountain West Gastroenterology** <br> **6360 South 3000 East Suite 300** <br> **Salt Lake City, UT 84121** | | J | **Medical** | | | | **20.00** |
| Account No. <br><br> **Clear Management Solutions** <br> **PO Box 26415** <br> **Salt Lake City, UT 84126-0415** | | | **Representing:** <br> **Mountain West Gastroenterology** | | | | **Notice Only** |
| Account No. <br> **Creditor #: 69** <br> **Mountain West GI** <br> **6360 S 3000 E Suite 300** <br> **Salt Lake City, UT 84121-6926** | | J | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Express Recovery Services \*** <br> **P.O. Box 26415** <br> **Salt Lake City, UT 84126-0415** | | | **Representing:** <br> **Mountain West GI** | | | | **Notice Only** |

Sheet no. __**19**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                           Subtotal
                 (Total of this page)      **377.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zane Steven Vincent,**
       **Heather Y Vincent**        Case No.    **10-26730**

                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 70 **Creditor #: 70 Mr. Kevin Sullivan Esq. c/o Bonneville Billing PO Box 150612 Ogden, UT 84415-0612** | | J | Notice Only | | | | 0.00 |
| Account No. **Creditor #: 71 Music Service Club 468 N Camden Dr., Ste. 123 Beverly Hills, CA 90210** | | J | Goods and Services | | | | 47.00 |
| Account No. **National Recovery Agency 2491 Paxton St. Harrisburg, PA 17111** | | | Representing: Music Service Club | | | | Notice Only |
| Account No. **3237** **Creditor #: 72 NCO Financial Systems PO Box 41726 Philadelphia, PA 19101-1726** | | J | Notice Only | | | | 0.00 |
| Account No. **Creditor #: 73 Nelnet  for UHEAA PO Box 45202 Salt Lake City, UT 84180** | | J | Collections | | | | 10,000.00 |

Sheet no. __20__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **10,047.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zane Steven Vincent,**
      **Heather Y Vincent**
_____,

Case No. _____**10-26730**_____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.: Creditor #: 74 Oral and Maxillofacial Surgery Center 912 N 2000 W Pleasant Grove, UT 84062 | | J | 03/2003 Notice Only | | | | 0.00 |
| Account No.: Creditor #: 75 Pacific Power PO Box 25308 Salt Lake City, UT 84125 | | J | Utility Bill | | | | 90.65 |
| Account No. xxxxxx2819: Creditor #: 76 People PO Box 60001 Tampa, FL 33660 | | J | Goods and Services | | | | 56.94 |
| Account No.: The Billing Center PO Box 60001 Tampa, FL 33660-0001 | | | Representing: People | | | | Notice Only |
| Account No. xF219: Creditor #: 77 Praxair 235 East 6100 South Salt Lake City, UT 84107 | | J | Medical | | | | 447.05 |

Sheet no. __**21**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**594.64**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zane Steven Vincent,**
      **Heather Y Vincent**

Case No.   **10-26730**

                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx0804** <br><br>**Creditor #: 78**<br>**Prestige Financial**<br>**1420 South 500 West**<br>**Salt Lake City, UT 84115** | | J | **09/2004**<br>**Balance on Repossession**<br>**2004 Ford Focus & 2003 Ford Ranger** | | | | **19,041.63** |
| Account No. **3370** <br><br>**Creditor #: 79**<br>**Pro Activ Solution**<br>**PO Box 11448**<br>**Des Moines, IA 50336** | | J | **2004**<br>**Goods and Services** | | | | **41.00** |
| Account No. <br><br>**Sko Branner American Inc.**<br>**40 Daniel Street**<br>**PO Box 230**<br>**Farmingdale, NY 11735-0230** | | | **Representing:**<br>**Pro Activ Solution** | | | | **Notice Only** |
| Account No. <br><br>**Creditor #: 80**<br>**Professional Recovery Services**<br>**PO Box 1880**<br>**Voorhees, NJ 08043** | | J | **Notice Only** | | | | **0.00** |
| Account No. <br><br>**Creditor #: 81**<br>**Providian Financial**<br>**PO Box 99607**<br>**Arlington, TX 76096** | | J | **2003**<br>**Goods and Services** | | | | **1,677.95** |

Sheet no. __**22**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**20,760.58**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zane Steven Vincent,**
       **Heather Y Vincent**

Case No. ___**10-26730**___

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Allied Interstate**<br>**PO Box 361445**<br>**Columbus, OH 43236-1445** | | | Representing:<br>**Providian Financial** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Richard J. Boudreau & Associates**<br>**5 Industrial Way**<br>**Salem, NH 03079** | | | Representing:<br>**Providian Financial** | | | | **Notice Only** |
| Account No. **1847** | | | 07/2004<br>**Medical** | | | | |
| **Creditor #: 82**<br>**Provo OBGYN Clinic**<br>**920 N 500 W**<br>**Provo, UT 84604-3388** | | J | | | | | **25.00** |
| Account No. | | | 05/2008<br>**Apartment Lease** | | | | |
| **Creditor #: 83**<br>**Puerta Del Sol Apts.**<br>**1366 West Indian Hills Dr.**<br>**Saint George, UT 84770** | | J | | | | | **1,153.00** |
| Account No. | | | 09/2007<br>**Utility Bill** | | | | |
| **Creditor #: 84**<br>**Questar Gas +**<br>**Bankruptcy Dept. DNR 244**<br>**PO Box 3194**<br>**Salt Lake City, UT 84110-3194** | | J | | | | | **487.00** |

Sheet no. __**23**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,665.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zane Steven Vincent,**
      **Heather Y Vincent**
_____,
                          Debtors

Case No. ____**10-26730**____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Express Recovery Services ***<br>**P.O. Box 26415**<br>**Salt Lake City, UT 84126-0415** | | | Representing:<br>**Questar Gas +** | | | | **Notice Only** |
| Account No. <br><br>**Outsource Receivables Management**<br>**3017 Taylor Ave**<br>**Ogden, UT 84403** | | | Representing:<br>**Questar Gas +** | | | | **Notice Only** |
| Account No. <br><br>**Creditor #: 85**<br>**Qwest ***<br>**Bankruptcy Department**<br>**220 N. 5th Street**<br>**Bismarck, ND 58501** | | J | **2007**<br>**Goods and Services** | | | | **144.91** |
| Account No. <br><br>**ERS**<br>**PO Box 9004**<br>**Renton, WA 98057** | | | Representing:<br>**Qwest *** | | | | **Notice Only** |
| Account No. <br><br>**Goodwin & Bryan**<br>**PO Box 221406**<br>**Beachwood, OH 44122** | | | Representing:<br>**Qwest *** | | | | **Notice Only** |

Sheet no. __**24**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**144.91**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zane Steven Vincent,**
    **Heather Y Vincent**
_____,
                          Debtors

Case No.    **10-26730**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | JC | | | | | |
| Account No. **8008** <br><br> **Creditor #: 86** <br> **Richard B. Nay MD** <br> **PO Box 429** <br> **Gunnison, UT 84634** | | | J | | 06/2008 <br> **Medical** | | | | 505.00 |
| Account No. **x9947** <br><br> **Creditor #: 87** <br> **Richard E. Anderson, M.D.** <br> **PO Box 583** <br> **Levan, UT 84639** | | | J | | 2009 <br> **Medical** | | | | 30.00 |
| Account No. <br><br> **Creditor #: 88** <br> **Richard W. Parkinson** <br> **5314 N 250 W, Ste. 220** <br> **Provo, UT 84604** | | | J | | 08/2005 <br> **Fees** | | | | 30.40 |
| Account No. <br><br> **Creditor #: 89** <br> **Rickenbacker Collections** <br> **7568 Monterey Street** <br> **Gilroy, CA 95020-5826** | | | J | | **Notice Only** | | | | 0.00 |
| Account No. <br><br> **Creditor #: 90** <br> **Sanpete Valley Hospital** <br> **1100 S Medical Dr** <br> **Mt Pleasant, UT 84647** | | | J | | 06/2004 <br> **Medical** | | | | 840.00 |

Sheet no. **25** of **30** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,405.40

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zane Steven Vincent,**                                    Case No. _____**10-26730**_____
         **Heather Y Vincent**
_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Remittance Processing** PO Box 410400 Salt Lake City, UT 84141 | | | | Representing: Sanpete Valley Hospital | | | | **Notice Only** |
| Account No. **3254** **Creditor #: 91** Springville City City Hall 110 South Main St. Springville, UT 84663 | | | J | Returned Check | | | | **32.00** |
| Account No. **Bennett & Deloney** 1265 East Fort Union Blvd. Suite #150 Midvale, UT 84047 | | | | Representing: Springville City | | | | **Notice Only** |
| Account No. **Epartner.net** 4400 NE 77th Ave., Ste. 100 Vancouver, WA 98662 | | | | Representing: Springville City | | | | **Notice Only** |
| Account No. **9064** **Creditor #: 92** Sprint PO Box 219554 Kansas City, MO 64121 | | | J | 07/2004 Cell Phone Bill | | | | **461.00** |

Sheet no. __**26**__ of __**30**__ sheets attached to Schedule of                    Subtotal    **493.00**
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zane Steven Vincent,**
      **Heather Y Vincent**

                              Debtors

Case No.   **10-26730**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 93**<br>**St. George Radiology**<br>**PO Box 657**<br>**Orem, UT 84059-0657** | | J | Medical | | | | 350.00 |
| Account No.<br><br>**Creditor #: 94**<br>**Statewide Recovery & Liquidation**<br>**PO Box 71743**<br>**Salt Lake City, UT 84171-0743** | | J | Collections | | | | 40.00 |
| Account No. **xxx-xxx6169**<br><br>**Creditor #: 95**<br>**Sunset Instacare**<br>**1739 W. Sunset Blvd**<br>**Saint George, UT 84770** | | J | 09/2007<br>Medical | | | | 339.58 |
| Account No.<br><br>**Creditor #: 96**<br>**The Collection Inc.**<br>**Dr. Steven Flick**<br>**PO Box 970782**<br>**Orem, UT 84097-0782** | | J | 03/2003<br>Collections | | | | 366.32 |
| Account No.<br><br>**Creditor #: 97**<br>**Therapy West Inc.**<br>**PO Box 396**<br>**Gunnison, UT 84634** | | J | 2006<br>Medical | | | | 40.00 |

Sheet no. __27__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,135.90

B6F (Official Form 6F) (12/07) - Cont.

In re **Zane Steven Vincent,**
      **Heather Y Vincent**
_____,
                              Debtors

Case No. _____**10-26730**_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **3237** | | | | | **06/2005** | | | | |
| **Creditor #: 98** **Timpanogos Regional Medical Center** **PO Box 99400** **Louisville, KY 40269** | | | J | | **Medical** | | | | |
| | | | | | | | | | **15.34** |
| Account No. | | | | | | | | | |
| **West Asset Management** **PO Box 2548** **Sherman, TX 75091** | | | | | **Representing:** **Timpanogos Regional Medical Center** | | | | **Notice Only** |
| Account No. **3039** | | | | | **2003** | | | | |
| **Creditor #: 99** **Transworld Systems** **7050 S. Union Park Center** **Suite 575** **Midvale, UT 84047** | | | J | | **Notice Only** | | | | |
| | | | | | | | | | **0.00** |
| Account No. **xxxxxxxxx9UT0....** | | | | | **Student Loan** | | | | |
| **Creditor #: 100** **UHEAA** **60 S. 400 W.** **Salt Lake City, UT 84101** | | | J | | | | | | |
| | | | | | | | | | **2,097.00** |
| Account No. | | | | | **1994** | | | | |
| **Creditor #: 101** **UNIPAC Corporation** **3015 S Parker Rd.** **Aurora, CO 80014-2904** | | | J | | **Fees** | | | | |
| | | | | | | | | | **10,000.00** |

Sheet no. __**28**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,112.34**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zane Steven Vincent,**
         **Heather Y Vincent**                                            Case No.    **10-26730**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 102**<br>**Utah Radiology Billing**<br>**283 E 930 S**<br>**Orem, UT 84058** | | J | **Medical** | | | | **387.00** |
| Account No.<br>**Intermountain  Healthcare**<br>**PO Box 410400**<br>**Salt Lake City, UT 84141-0400** | | | **Representing:**<br>**Utah Radiology Billing** | | | | **Notice Only** |
| Account No.<br>**Mountainland Collections**<br>**P.O. Box 1280**<br>**American Fork, UT 84003** | | | **Representing:**<br>**Utah Radiology Billing** | | | | **Notice Only** |
| Account No.<br>**Creditor #: 103**<br>**Utah Valley Radiology**<br>**PO Box 657**<br>**Orem, UT 84059-0657** | | J | **07/2004**<br>**Medical** | | | | **40.00** |
| Account No. **xxxxxx4280....**<br>**Creditor #: 104**<br>**Verizon Wireless**<br>**PO Box 26055**<br>**Minneapolis, MN 55426** | | J | **05/2003**<br>**Cell Phone Bill** | | | | **1,938.00** |

Sheet no. __**29**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,365.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zane Steven Vincent,**  Case No. __**10-26730**__
       **Heather Y Vincent**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Pentagroup Financial** PO Box 742209 Houston, TX 77274 | | | Representing: **Verizon Wireless** | | | | **Notice Only** |
| Account No. **xxxxx2410** **Creditor #: 105** **Von Pratt MD** **PO Box 879** **Gunnison, UT 84634** | | J | 2007 **Medical** | | | | **252.40** |
| Account No. **Creditor #: 106** **XM Satellite Radio** **PO Box 78054** **Phoenix, AZ 85062** | | J | **Goods and Services** | | | | **127.00** |
| Account No. **xxxxxxxx0401....** **Creditor #: 107** **Zions Bank** **2460 S 3270 W** **Salt Lake City, UT 84119** | | J | 02/2002 **Goods and Services** | | | | **5,552.00** |
| Account No. | | | | | | | |

Sheet no. __**30**__ of __**30**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **5,931.40**

Total (Report on Summary of Schedules)    **105,358.35**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Zane Steven Vincent,**                                    Case No.    **10-26730**
     **Heather Y Vincent**

                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Alltel Wireless**<br>**PO Box 79033**<br>**Phoenix, AZ 85062** | **Cell phone contract**<br>**Began 08/2009**<br>**24 months**<br>**(Debtors assume contract)** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Zane Steven Vincent,**                                         Case No.   __10-26730__
         **Heather Y Vincent**
_____
                        Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re   **Zane Steven Vincent**
**Heather Y Vincent**        Case No.   **10-26730**

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Son** | AGE(S):<br>**01**<br>**03** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Sheriff Deputy** | **Homemaker** |
| Name of Employer | **Sanpete County** | |
| How long employed | **Since 09/2008** | **Since 2007** |
| Address of Employer | **1500 S Hwy 89**<br>**Manti, UT 84642** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **2,772.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **2,772.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | **517.00** | $ | **0.00** |
|    b. Insurance | $ | **83.00** | $ | **0.00** |
|    c. Union dues | $ | **0.00** | $ | **0.00** |
|    d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **600.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **2,172.00** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **2,172.00** | $ | **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | | **2,172.00** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Zane Steven Vincent**
       **Heather Y Vincent**                                    Case No.  **10-26730**

                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 450.00 |
|    a. Are real estate taxes included?           Yes ___      No _X_ | |
|    b. Is property insurance included?             Yes ___      No _X_ | |
| 2. Utilities:    a. Electricity and heating fuel | $ 130.00 |
|               b. Water and sewer | $ 47.00 |
|               c. Telephone | $ 0.00 |
|               d. Other   **See Detailed Expense Attachment** | $ 170.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 400.00 |
| 5. Clothing | $ 90.00 |
| 6. Laundry and dry cleaning | $ 35.00 |
| 7. Medical and dental expenses | $ 75.00 |
| 8. Transportation (not including car payments) | $ 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 25.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|               a. Homeowner's or renter's | $ 15.00 |
|               b. Life | $ 0.00 |
|               c. Health | $ 50.00 |
|               d. Auto | $ 70.00 |
|               e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|            (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|               a. Auto | $ 360.00 |
|               b. Other | $ 0.00 |
|               c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other   **Vehicle tires, maintenance & repairs** | $ 60.00 |
|    Other   **Grooming & Toiletries** | $ 45.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 2,172.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ 2,172.00 |
| b.   Average monthly expenses from Line 18 above | $ 2,172.00 |
| c.   Monthly net income (a. minus b.) | $ 0.00 |

**B6J (Official Form 6J) (12/07)**

In re    **Zane Steven Vincent**
         **Heather Y Vincent**                          Case No.    **10-26730**

                        Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| **Internet** | $ | **40.00** |
| **Cell Phone** | $ | **75.00** |
| **Cable** | $ | **55.00** |
| **Total Other Utility Expenditures** | $ | **170.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Utah

| In re | **Zane Steven Vincent** **Heather Y Vincent** | Case No. | **10-26730** |
|---|---|---|---|
| | Debtor(s) | Chapter | **7** |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **47**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June  2, 2010**          Signature   **/s/ Zane Steven Vincent**
                                                **Zane Steven Vincent**
                                                Debtor

Date   **June  2, 2010**          Signature   **/s/ Heather Y Vincent**
                                                **Heather Y Vincent**
                                                Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Utah

In re **Zane Steven Vincent**
**Heather Y Vincent**
_____
Debtor(s)

Case No. **10-26730**
Chapter **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$11,512.80** | **Debtor YTD: Sanpete County** |
| **$33,544.03** | **Debtor 2009: Sanpete County** |
| **$22,068.00** | **Debtor 2008: Sanpete County, Desert Hills Construction, Target Corp., ESG Success, Inc.** |
| **$0.00** | **Co-Debtor YTD: N/A** |
| **$0.00** | **Co-Debtor 2009: N/A** |
| **$1,096.08** | **Co-Debtor 2008: Target** |

### 2. Income other than from employment or operation of business

None  ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,618.00** | **Debtor 2008: Unemployment** |

### 3. Payments to creditors

None  ☐

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Citifinancial** | **Last 90 Days (Auto Payment- Titled to Heather's mom, but debtors make payments directly to finance company)** | **$1,080.00** | **$0.00** |

None  ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None  ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None  ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Zions First National Bank Vs. Zane S. Vincent Civil No. 060901762** | **Civil Collection** | **In The Third Judicial District Court In And For Salt Lake County State of Utah** | **Pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Zane Steven Vincent**<br>**VS.**<br>**Heather Rose Vincent**<br>**Case No.: 044600101** | **Divorce** | **Sixth Judicial District Court**<br>**Sevier County**<br>**State of Utah** | **Pending** |

None

☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **David M. McGrath**<br>**Angelina Tsu**<br>**PO Box 30709**<br>**Salt Lake City, UT 84130-0709** | **04/2010** | **Wages Garnished**<br>**Amount: $260.19** |

---

**5. Repossessions, foreclosures and returns**

None

■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None

■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None

■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None

■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Berry & Tripp PC**<br>**5296 S. Commerce Dr., Suite 200**<br>**Salt Lake City, UT 84107** | 05/19/2010 | $501.00 |
| **Cricket Debt Counseling**<br>**10121 SE Sunnyside Rd. Suite #300**<br>**Clackamas, OR 97015** | 5/13/2010 | $36.00 |

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Third Party** | 07/2009 | **Sold 1984 Ford Bronco**<br>**Received: $500.00** |

   **None**

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Ron Vincent | Power tools<br>Value: $100.00 | Debtor's Residence |
| Ron Vincent | 1994 GMC Sierra 1500<br>Value: $1,800.00 | In Zane's possession |
| Margery Young<br>260 S 300 E<br>Ephraim, UT 84627 | 2003 Nissan Maxima<br>Value: $5,975.00 | In Heather's possession |

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1366 W Indian Hills Dr. #86<br>St. George, UT | Zane Steven Vincent<br>Heather Y Vincent | 02/2008-05/2008 |
| 1217 W 425 N<br>St. George, UT | Zane Steven Vincent<br>Heather Y Vincent | 04/2007-02/2008 |
| 622 S. Main<br>Gunnison, UT | Zane Steven Vincent<br>Heather Y Vincent | 06/2008-01/2010 |

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Heather Rose Vincent (Former Spouse)**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■
a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

8

### 22 . Former partners, officers, directors and shareholders

None ■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

### 25. Pension Funds.

None ■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

9

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **June  2, 2010**                              Signature    **/s/ Zane Steven Vincent**

                                                                      **Zane Steven Vincent**
                                                                      Debtor


Date  **June  2, 2010**                              Signature    **/s/ Heather Y Vincent**

                                                                      **Heather Y Vincent**
                                                                      Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Utah

In re **Zane Steven Vincent**         Case No. **10-26730**
    **Heather Y Vincent**
                                          Debtor(s)     Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**RC Willey +** | **Describe Property Securing Debt:**<br>**Sofa**<br>**Location: Not In Debtor's possession** |

Property will be (check one):
  ■ Surrendered                   ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                   ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **June  2, 2010**         Signature   **/s/ Zane Steven Vincent**
                                               **Zane Steven Vincent**
                                               Debtor

Date   **June  2, 2010**         Signature   **/s/ Heather Y Vincent**
                                               **Heather Y Vincent**
                                               Joint Debtor